IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIE MAE STINSON and KSS, a minor, by WILLIE MAE STINSON, parent and legal guardian, | CIVIL DIVISION |
| Plaintiffs, | Civil Action No.: 2:23-cv-1768 |
| v. | The Honorable Mark R. Hornak |
| WALMART, INC., | |
| Defendant. | |

### ORDER ON STIPULATION OF DISMISSAL

AND NOW, this 24th day of October, 2024, upon Stipulation of the parties, the above-captioned matter is dismissed with prejudice.

By the Court:

s/ Mark R. Hornak, J.